UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>        Plaintiff,<br><br>    -against-<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary; COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES; and MARK POMERANTZ,<br><br>        Defendants. | 23-CV-3032 (MKV) |

## NOTICE OF APPEAL

Notice is hereby given that ALVIN L. BRAGG, JR., District Attorney for New York County and the plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order entered on April 19, 2023, denying plaintiff's motion for a temporary restraining order and preliminary injunction.

Dated: April 19, 2023
   New York, New York

        /s Leslie B. Dubeck
        Leslie B. Dubeck (LD-8585)
        General Counsel to the
        New York County District Attorney
        One Hogan Place
        New York, New York 10013
        (212) 335-9000
        dubeckl@dany.nyc.gov

        Theodore J. Boutrous, Jr.
        333 South Grand Ave.,
        Los Angeles, California 90071

Tel: (213) 229-7804
tboutrous@gibsondunn.com

Mylan L. Denerstein
Lee R. Crain
200 Park Avenue
New York, New York 10166
Tel: (212) 351-3850
mdenerstein@gibsondunn.com
lcrain@gibsondunn.com

Katherine Moran Meeks (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8258
kmeeks@gibsondunn.com

*Counsel for Plaintiff*

Case 23-615, Document 1-2, 04/19/2023, 3502172, Page3 of 21

**Query**     **Reports**     **Utilities**     **Help**  **What's New**  **Log Out**

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23-cv-03032-MKV

Bragg v. Jordan et al                                    Date Filed: 04/11/2023
Assigned to: Judge Mary Kay Vyskocil                     Jury Demand: None
Cause: 28:2201 Constitutionality of State Statute(s)     Nature of Suit: 440 Civil Rights: Other
                                                         Jurisdiction: Federal Question

**Plaintiff**

**Alvin L. Bragg, Jr.**                 represented by   **Katherine Moran Meeks**
*in his official capacity as District*                   Gibson, Dunn & Crutcher LLP
*Attorney for New York County*                           1050 Connecticut Ave, N.W.
                                                         Washington, DC 20036
                                                         202-955-8258
                                                         Fax: 202-831-6023
                                                         Email: kmeeks@gibsondunn.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Lee Ross Crain**
                                                         Gibson, Dunn & Crutcher, LLP (NY)
                                                         200 Park Avenue
                                                         New York, NY 10166
                                                         212-351-4000
                                                         Email: lcrain@gibsondunn.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Leslie Byrne Dubeck**
                                                         New York County District Attorney
                                                         1 Hogan Place
                                                         New York, NY 10013
                                                         212-355-9000
                                                         Email: dubeckl@dany.nyc.gov
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Mylan Lee Denerstein**
                                                         Gibson, Dunn & Crutcher, LLP (NY)
                                                         200 Park Avenue
                                                         New York, NY 10166
                                                         (212)-351-3850
                                                         Fax: (212)-351-6350
                                                         Email: mdenerstein@gibsondunn.com
                                                         *ATTORNEY TO BE NOTICED*

Case 23-615, Document 1-2, 04/19/2023, 3502172, Page4 of 21

**Theodore J. Boutrous , Jr.**
Gibson, Dunn & Crutcher, LLP (LA)
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7804
Fax: (213) 229-6804
Email: tboutrous@gibsondunn.com
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Jim Jordan**                              represented by     **Matthew B. Berry**
*in his official capacity as Chairman of*                     202-225-9700
*the Committee on the Judiciary*                              Email: matthew.berry@mail.house.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Bradley Craigmyle**
                                                             Office of General Counsel, U.S. House
                                                             of Representatives
                                                             U.S. House of Representatives
                                                             5140 O'Neill HOB
                                                             Washington, DC 20515
                                                             202-430-0470
                                                             Email:
                                                             bradley.craigmyle@mail.house.gov
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Brooks M Hanner**
                                                             Office of General Counsel, U.S. House
                                                             of Representatives
                                                             219 Cannon House Office Building
                                                             Washington
                                                             Washington, DC 20515
                                                             202-225-9700
                                                             Email: brooks.hanner@mail.house.gov
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Sarah Clouse**
                                                             General Counsel, U.S. House of
                                                             Representatives
                                                             5140 O'Neill House Office Building
                                                             Washington, DC 20515
                                                             202-225-9700
                                                             Fax: 202-226-1360
                                                             Email: sarah.clouse@mail.house.gov
                                                             *ATTORNEY TO BE NOTICED*

**Todd Barry Tatelman**
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, DC 20515
202-225-9700
Email: todd.tatelman@mail.house.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Committee on the Judiciary of the
United States House of
Representatives**

represented by **Matthew B. Berry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Craigmyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brooks M Hanner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Clouse**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd Barry Tatelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark F. Pomerantz**

represented by **Roberto Finzi**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212) 373 - 3311
Fax: (212) 492 - 0311
Email: rfinzi@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Von Wells , Jr**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
212-373-3089
Fax: 212-492-0089
Email: twells@paulweiss.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Karen Friedman Agnifilo**        represented by   **E. Danya Perry**
                                                    Perry Guha LLP
                                                    1740 Broadway, 15th Floor
                                                    New York, NY 10019
                                                    212-399-8340
                                                    Fax: 212-399-8331
                                                    Email: dperry@perryguha.com
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Marc Agnifilo**                  represented by   **E. Danya Perry**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Donald B. Ayer**                 represented by   **E. Danya Perry**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Benjamin Brafman**               represented by   **E. Danya Perry**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Erwin Chemerinsky**              represented by   **E. Danya Perry**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**E. Thomas Coleman**              represented by   **E. Danya Perry**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Mickey Edwards**                 represented by   **E. Danya Perry**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Norman L. Eisen**                represented by   **E. Danya Perry**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**John J. Farmer**                        represented by **E. Danya Perry**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Stuart Gerson**                         represented by **E. Danya Perry**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Renato Mariotti**                       represented by **E. Danya Perry**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Michael Miller**                        represented by **E. Danya Perry**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Alan Charles Raul**                     represented by **E. Danya Perry**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Sarah Saldana**                         represented by **E. Danya Perry**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Claudine Schneider**                    represented by **E. Danya Perry**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Peter Shane**                           represented by **E. Danya Perry**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Christopher Shays**                     represented by **E. Danya Perry**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Stanley A. Twardy**                     represented by

|   |   |
|---|---|
| | **E. Danya Perry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Cyrus Vance, Jr.** | represented by **E. Danya Perry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**William F. Weld** | represented by **E. Danya Perry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Shan Wu** | represented by **E. Danya Perry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Temidayo Aganga-Williams** | represented by **Jeffrey Adam Udell**<br>Walden Macht & Haran LLP<br>250 Vesey Street<br>Ste 27th Floor<br>New York, NY 10281<br>212-335-2045<br>Fax: 212-335-2040<br>Email: judell@wmhlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Daniel Alonso** | represented by **Jeffrey Adam Udell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Pete Baldwin** | represented by **Jeffrey Adam Udell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Elaine Banar** | represented by **Jeffrey Adam Udell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

**Paul Bergman**                    represented by **Jeffrey Adam Udell**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Lee Bergstein**                   represented by **Jeffrey Adam Udell**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Adam K. Brody**                   represented by **Jeffrey Adam Udell**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Zachary Carter**                  represented by **Jeffrey Adam Udell**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Daniel J. Castleman**             represented by **Jeffrey Adam Udell**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Derek Cohen**                     represented by **Jeffrey Adam Udell**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Eric Chaffin**                    represented by **Jeffrey Adam Udell**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**John Curran**                     represented by **Jeffrey Adam Udell**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Soumya Dayananda**        represented by   **Jeffrey Adam Udell**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Amicus**

**Patricia Gatling**        represented by   **Jeffrey Adam Udell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Mitra Hormozi**        represented by   **Jeffrey Adam Udell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Dan Horwitz**        represented by   **Jeffrey Adam Udell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Ilene Jaroslaw**        represented by   **Jeffrey Adam Udell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Christopher Jensen**        represented by   **Jeffrey Adam Udell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Doreen Klein**        represented by   **Jeffrey Adam Udell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jane A. Levine**        represented by   **Jeffrey Adam Udell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**John Libby**                              represented by **Jeffrey Adam Udell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Amicus**

**John Martin**                             represented by **Jeffrey Adam Udell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Amicus**

**Michele Mayes**                           represented by **Jeffrey Adam Udell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Amicus**

**Sharon L. McCarthy**                      represented by **Jeffrey Adam Udell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Amicus**

**Glen McGorty**                            represented by **Jeffrey Adam Udell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Amicus**

**Daniel S. Parker**                        represented by **Jeffrey Adam Udell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Amicus**

**Avni Patel**                              represented by **Jeffrey Adam Udell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


**Amicus**

**Deanna Paul**                             represented by **Jeffrey Adam Udell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Deirdre Waldron Power**                    represented by **Jeffrey Adam Udell**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Benjamin Pred**                            represented by **Jeffrey Adam Udell**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**David Shapiro**                            represented by **Jeffrey Adam Udell**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Roland G. Riopelle**                       represented by **Jeffrey Adam Udell**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Victor Rocco**                             represented by **Jeffrey Adam Udell**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Elizabeth Roper**                          represented by **Jeffrey Adam Udell**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Shira Scheindlin**                         represented by **Jeffrey Adam Udell**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Larry Silverman**                          represented by **Jeffrey Adam Udell**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Peter Sobol**                    represented by **Jeffrey Adam Udell**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Brendan Tracy**                  represented by **Jeffrey Adam Udell**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Jim Walden**                     represented by **Jeffrey Adam Udell**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Milton Williams**                represented by **Jeffrey Adam Udell**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2023 | 1 | COMPLAINT against Committee on the Judiciary of the United States House of Representatives, Jim Jordan, Mark F. Pomerantz. (Filing Fee $ 402.00, Receipt Number ANYSDC-27591650)Document filed by Alvin L. Bragg, Jr..(Boutrous, Theodore) (Entered: 04/11/2023) |
| 04/11/2023 | 2 | CIVIL COVER SHEET filed..(Boutrous, Theodore) (Entered: 04/11/2023) |
| 04/11/2023 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Jim Jordan, re: 1 Complaint. Document filed by Alvin L. Bragg, Jr..(Boutrous, Theodore) (Entered: 04/11/2023) |
| 04/11/2023 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Committee on the Judiciary of the United State House of Representatives, re: 1 Complaint. Document filed by Alvin L. Bragg, Jr..(Boutrous, Theodore) (Entered: 04/11/2023) |
| 04/11/2023 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Mark F. Pomerantz, re: 1 Complaint. Document filed by Alvin L. Bragg, Jr..(Boutrous, Theodore) (Entered: 04/11/2023) |
| 04/11/2023 | 6 | NOTICE OF APPEARANCE by Leslie Byrne Dubeck on behalf of Alvin L. Bragg, Jr..(Dubeck, Leslie) (Entered: 04/11/2023) |
| 04/11/2023 | 7 | |

| | | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by Alvin L. Bragg, Jr..(Boutrous, Theodore) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 04/11/2023) |
|---|---|---|
| 04/11/2023 | 8 | MEMORANDUM OF LAW in Support re: 7 Proposed Order to Show Cause With Emergency Relief / *MEMORANDUM OF LAW IN SUPPORT OF THE DISTRICT ATTORNEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION*. Document filed by Alvin L. Bragg, Jr..(Boutrous, Theodore) (Entered: 04/11/2023) |
| 04/11/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Mary Kay Vyskocil. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(pc) (Entered: 04/11/2023) |
| 04/11/2023 | | Magistrate Judge Sarah Netburn is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (pc) (Entered: 04/11/2023) |
| 04/11/2023 | | Case Designated ECF. (pc) (Entered: 04/11/2023) |
| 04/11/2023 | 9 | ELECTRONIC SUMMONS ISSUED as to Jim Jordan..(pc) (Entered: 04/11/2023) |
| 04/11/2023 | 10 | ELECTRONIC SUMMONS ISSUED as to Committee on the Judiciary of the United States House of Representatives..(pc) (Entered: 04/11/2023) |
| 04/11/2023 | 11 | ELECTRONIC SUMMONS ISSUED as to Mark F. Pomerantz..(pc) (Entered: 04/11/2023) |
| 04/11/2023 | 12 | DECLARATION of THEODORE J. BOUTROUS, JR. in Support re: 7 Proposed Order to Show Cause With Emergency Relief. Document filed by Alvin L. Bragg, Jr. (Attachments: # 1 Exhibit 1 April 6 Letter from J. Jordan, # 2 Exhibit 2 March 20 Letter from J. Jordan et al., # 3 Exhibit 3 K. McCarthy April 4 Tweet, # 4 Exhibit 4 D. Trump March 31 Truth Social Post, # 5 Exhibit 5 D. Trump March 30 Truth Social Post, # 6 Exhibit 5-AAttachment to March 30 Truth Social Post, # 7 Exhibit 6 D. Trump March 18 Truth Social Post, # 8 Exhibit 7 D. Trump March 23 Truth Social Post, # 9 Exhibit 8 D. Trump March 24 Truth Social Post, # 10 Exhibit 9 D. Trump ReTruth on Truth Social, # 11 Exhibit 10 March 23 Letter from L. Dubeck, # 12 Exhibit 11 March 25 Letter from J. Jordan et al., # 13 Exhibit 12 March 27 Letter from M. Pomerantz, # 14 Exhibit 13 March 27 Letter from C. Dunne, # 15 Exhibit 14 D. Trump Deleted Truth Social Post, # 16 Exhibit 15 April 5 N.Y. Times Article, # 17 Exhibit 16 D. Trump March 30 Truth Social Post, # 18 Exhibit 17 J. Jordan March 30 Tweet, # 19 Exhibit 18 K. McCarthy March 30 Tweet, # 20 Exhibit 19 March 31 |

| | | Letter from L. Dubeck, # 21 Exhibit 20 J. Jordan April 7 Retweet, # 22 Exhibit 20-A April 7 Fox News Broadcast Video, # 23 Exhibit 21 March 9 Statement of C. Uriarte, # 24 Exhibit 22 January 30 CNN Article, # 25 Exhibit 23 March 28 CNN Article, # 26 Exhibit 24 March 23 Rolling Stone Article, # 27 Errata 25 March 20 N.Y. Times Article, # 28 Exhibit 26 April 6 Rolling Stone Article, # 29 Exhibit 27 September 14, 2016 Congressional Transcript, # 30 Exhibit 28 April 7 Letter from J. Jordan, # 31 Exhibit 29 April 4 N.Y. Times Article, # 32 Exhibit 30 M.T. Greene March 22 Tweet, # 33 Exhibit 31 D. Trump March 23 Truth Social Post, # 34 Exhibit 32 D. Trump March 29 Truth Social Post, # 35 Exhibit 33 K. McCarthy March 19 Tweet, # 36 Exhibit 34 Final Report of House Select Committee, # 37 Exhibit 35 D. Trump March 30 Truth Social Post, # 38 Exhibit 36 Indictment of Donald J. Trump, # 39 Exhibit 36-A Indictment Statement of Facts, # 40 Exhibit 37 D. Trump March 31 Truth Social Post, # 41 Exhibit 38 March 31 N.Y. Daily News Article, # 42 Exhibit 39 R. Jackson March 30 Tweet, # 43 Exhibit 40 D. Bishop March 31 Tweet, # 44 Exhibit 41 House Judiciary GOP March 31 Tweet, # 45 Exhibit 42 D. Trump April 3 Truth Social Post, # 46 Exhibit 43 D. Trump April 3 Truth Social Post, # 47 Exhibit 44 D. Trump April 4 Truth Social Post, # 48 Exhibit 45 D. Trump Jr. April 4 Tweet, # 49 Exhibit 46 M.T. Greene April 4 Tweet, # 50 Exhibit 47 April 4 Committee on the Judiciary Press Release, # 51 Exhibit 48 April 10 N.Y. Post Article, # 52 Exhibit 49 April 4 N.Y. Post Article, # 53 Exhibit 50 J. Jordan April 6 Tweet, # 54 Exhibit 51 J. Jordan April 6 Retweet, # 55 Exhibit 52 March 26 CNN Broadcast Video, # 56 Exhibit 53 April 2 Fox News Broadcast Video, # 57 Exhibit 54 April 4 Fox News Broadcast Video, # 58 Exhibit 55 March 25 The Hill Article, # 59 Exhibit 56 J. Jordan April 10 Tweet, # 60 Exhibit 57J. Jordan April 10 Retweet, # 61 Exhibit 58March 22 Letter from J. Jordan, # 62 Exhibit 59March 22 Letter from J. Jordan).(Boutrous, Theodore) (Entered: 04/11/2023) |
| 04/11/2023 | 13 | ORDER: The Court declines to enter the proposed Temporary Restraining Order and Order to Show Cause. It is HEREBY ORDERED that Plaintiff shall effect service on the Defendants of the Complaint together with a copy of this Order, the Plaintiff's motion, and any supporting papers, on or before 9:00 PM tonight. It is FURTHER ORDERED that any response by Defendants to the motion shall be served and filed by April 17, 2023 at 9:00 AM. The Court will hold a hearing on Plaintiff's motion on April 19, 2023 at 2:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse. SO ORDERED. Set Deadlines/Hearing as to ( Responses due by 4/17/2023, Motion Hearing set for 4/19/2023 at 02:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Mary Kay Vyskocil.) (Signed by Judge Mary Kay Vyskocil on 4/11/2023) (tg) (Entered: 04/11/2023) |
| 04/11/2023 | 14 | NOTICE OF APPEARANCE by Mylan Lee Denerstein on behalf of Alvin L. Bragg, Jr..(Denerstein, Mylan) (Entered: 04/11/2023) |
| 04/11/2023 | 15 | NOTICE OF APPEARANCE by Lee Ross Crain on behalf of Alvin L. Bragg, Jr..(Crain, Lee) (Entered: 04/11/2023) |
| 04/11/2023 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 7 Proposed Order |

| | | |
|---|---|---|
| | | **to Show Cause With Emergency Relief was reviewed and approved as to form. (tp)** (Entered: 04/11/2023) |
| 04/11/2023 | 16 | MOTION for KATHERINE MORAN MEEKS to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27593586. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alvin L. Bragg, Jr. (Attachments: # 1 Affidavit of Katherine Moran Meeks, # 2 Exhibit A - Certificates of Good Standing, # 3 Text of Proposed Order - Proposed Order for Admission Pro Hac Vice).(Meeks, Katherine) Modified on 4/12/2023(sgz). (Entered: 04/11/2023) |
| 04/11/2023 | 17 | CERTIFICATE OF SERVICE of Dkt. Nos. 1 through 16-3 served on Representative Jim Jordan and Committee on the Judiciary on April 11, 2023. Service was made by Mail (Certified Mail, Return Receipt Requested). Document filed by Alvin L. Bragg, Jr. (Attachments: # 1 Exhibit A- Jordan Receipt, # 2 Exhibit B- Judiciary Receipt, # 3 Exhibit C - US Attorney Receipt, # 4 Exhibit D- Attorney General Receipt).(Boutrous, Theodore) (Entered: 04/11/2023) |
| 04/11/2023 | 18 | WAIVER OF SERVICE RETURNED EXECUTED. Mark F. Pomerantz waiver sent on 4/11/2023, answer due 6/12/2023. Document filed by Alvin L. Bragg, Jr..(Boutrous, Theodore) (Entered: 04/11/2023) |
| 04/12/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for KATHERINE MORAN MEEKS to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27593586. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/12/2023) |
| 04/12/2023 | 19 | ORDER granting 16 Motion for Katherine Moran Meeks to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 04/12/2023) |
| 04/13/2023 | 20 | NOTICE of ERRATA re: 12 Declaration in Support,,,,,,,,,,,,,,. Document filed by Alvin L. Bragg, Jr. (Attachments: # 1 Exhibit 55 - News Article).(Boutrous, Theodore) (Entered: 04/13/2023) |
| 04/13/2023 | 21 | NOTICE OF APPEARANCE by Matthew B. Berry on behalf of Committee on the Judiciary of the United States House of Representatives, Jim Jordan..(Berry, Matthew) (Entered: 04/13/2023) |
| 04/13/2023 | 22 | NOTICE OF APPEARANCE by Todd Barry Tatelman on behalf of Committee on the Judiciary of the United States House of Representatives, Jim Jordan.. (Tatelman, Todd) (Entered: 04/13/2023) |
| 04/13/2023 | 23 | NOTICE OF APPEARANCE by Sarah Clouse on behalf of Committee on the Judiciary of the United States House of Representatives, Jim Jordan..(Clouse, Sarah) (Entered: 04/13/2023) |
| 04/13/2023 | 24 | NOTICE OF APPEARANCE by Brooks M Hanner on behalf of Committee on the Judiciary of the United States House of Representatives, Jim Jordan.. (Hanner, Brooks) (Entered: 04/13/2023) |

| 04/13/2023 | 25 | NOTICE OF APPEARANCE by Bradley Craigmyle on behalf of Committee on the Judiciary of the United States House of Representatives, Jim Jordan.. (Craigmyle, Bradley) (Entered: 04/13/2023) |
|---|---|---|
| 04/13/2023 | 26 | MOTION TO INTERVENE FILED ON BEHALF OF MY FELLOW AMERICANS & MANKIND.Document filed by proposed intervenor, David A. Christenson.(sc) (Entered: 04/14/2023) |
| 04/17/2023 | 27 | OPPOSITION BRIEF re: 8 Memorandum of Law in Support, . Document filed by Committee on the Judiciary of the United States House of Representatives, Jim Jordan..(Berry, Matthew) (Entered: 04/17/2023) |
| 04/17/2023 | 28 | NOTICE OF APPEARANCE by Theodore Von Wells, Jr on behalf of Mark F. Pomerantz..(Wells, Theodore) (Entered: 04/17/2023) |
| 04/17/2023 | 29 | NOTICE OF APPEARANCE by Roberto Finzi on behalf of Mark F. Pomerantz..(Finzi, Roberto) (Entered: 04/17/2023) |
| 04/17/2023 | 30 | RESPONSE re: 7 Proposed Order to Show Cause With Emergency Relief *(Response to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction)*. Document filed by Mark F. Pomerantz..(Wells, Theodore) (Entered: 04/17/2023) |
| 04/17/2023 | 31 | DECLARATION of Mark. F. Pomerantz re: 7 Proposed Order to Show Cause With Emergency Relief . Document filed by Mark F. Pomerantz. (Attachments: # 1 Exhibit 1-Rep. Jim Jordan's Letter, # 2 Exhibit 2-4/11/23 Letter).(Wells, Theodore) (Entered: 04/17/2023) |
| 04/17/2023 | 32 | DECLARATION of Todd B. Tatelman in Opposition re: 27 Opposition Brief. Document filed by Committee on the Judiciary of the United States House of Representatives, Jim Jordan. (Attachments: # 1 Exhibit Exhibit A Jan. 15, 2021 Hot97 Bragg Interview, # 2 Exhibit Exhibit B June 22, 2021 N.Y. Times Article, # 3 Exhibit Exhibit C Mar. 23, 2022 N.Y. Times Article, # 4 Exhibit Exhibit D Mar. 17, 2023 Wash. Post Article, # 5 Exhibit Exhibit E Feb. 6, 2023 60 Minutes Pomerantz Interview, # 6 Exhibit Exhibit F Feb. 8, 2023 GMA Pomerantz Interview, # 7 Exhibit Exhibit G Feb. 6, 2023 MSNBC Pomerantz Interview, # 8 Exhibit Exhibit H Feb. 8, 2023 CNN Pomerantz Interview, # 9 Exhibit Exhibit I Feb. 7, 2023 MSNBC Pomerantz Interview, # 10 Exhibit Exhibit J Feb. 7, 2023 MSNBC Pomerantz Interview, # 11 Exhibit Exhibit K Feb. 7, 2023 Simon & Schuster Pomerantz Interview, # 12 Exhibit Exhibit L Feb. 7, 2023 Fresh Air Pomerantz Interview, # 13 Exhibit Exhibit M Feb. 8, 2023 MSNBC Pomerantz Interview, # 14 Exhibit Exhibit N Feb. 9, 2023 Politics & Prose Pomerantz Interview, # 15 Exhibit Exhibit O Feb. 12, 2023 NBC Pomerantz Interview, # 16 Exhibit Exhibit P Nov. 21, 2022 N.Y. Times Article, # 17 Exhibit Exhibit Q Mar. 9, 2023 CBS News Article, # 18 Exhibit Exhibit R Mar. 19. 2023 WSJ Editorial, # 19 Exhibit Exhibit S Mar. 30, 2023 Rolling Stone Article, # 20 Exhibit Exhibit T Mar. 25, 2023 N.Y. Post Article, # 21 Exhibit Exhibit U 169 Cong. Rec. H147, # 22 Exhibit Exhibit V Text of H.R. 2582, # 23 Exhibit Exhibit W Text of H.R. 2553, # 24 Exhibit Exhibit X Excerpts of Comm. Hearing (105th Cong.)).(Berry, Matthew) (Entered: 04/17/2023) |
| | | |

| 04/17/2023 | 33 | NOTICE OF APPEARANCE by E. Danya Perry on behalf of Karen Friedman Agnifilo, Marc Agnifilo, Donald B. Ayer, Benjamin Brafman, Erwin Chemerinsky, E. Thomas Coleman, Mickey Edwards, Norman L. Eisen, John J. Farmer, Stuart Gerson, Renato Mariotti, Michael Miller, Alan Charles Raul, Sarah Saldana, Claudine Schneider, Peter Shane, Christopher Shays, Stanley A. Twardy, Cyrus Vance, Jr, William F. Weld, Shan Wu..(Perry, E. Danya) (Entered: 04/17/2023) |
|---|---|---|
| 04/17/2023 | 34 | LETTER MOTION to File Amicus Brief addressed to Judge Mary Kay Vyskocil from E. Danya Perry dated April 17, 2023. Document filed by Marc Agnifilo, Donald B. Ayer, Benjamin Brafman, Erwin Chemerinsky, E. Thomas Coleman, Mickey Edwards, Norman L. Eisen, John J. Farmer, Karen Friedman Agnifilo, Stuart Gerson, Renato Mariotti, Michael Miller, Alan Charles Raul, Sarah Saldana, Claudine Schneider, Peter Shane, Christopher Shays, Stanley A. Twardy, Cyrus Vance, Jr, William F. Weld, Shan Wu. (Attachments: # 1 Exhibit [Proposed] Brief of Former Members of Congress, Prosecutors and Other Interested Parties as Amici Curiae in Support of Plaintiff Alvin L. Bragg, Jr.s Motion for Interim Injunctive Relief.)(Perry, E. Danya) (Entered: 04/17/2023) |
| 04/17/2023 | 35 | ORDER granting 34 Letter Motion to File Amicus Brief. The parties, who are more than capable of protecting the interests at stake, have provided the Court with ample briefing to resolve this matter. However, the letter motion to file an amicus brief is GRANTED. [ECF No. 34.] The Court does not need to hear oral argument from amici at the April 19, 2023 hearing. The Clerk of Court is respectfully requested to terminate docket entry 34. SO ORDERED.. (Signed by Judge Mary Kay Vyskocil on 4/17/2023) (jca) (Entered: 04/17/2023) |
| 04/17/2023 | 36 | ORDER DENYING MOTION TO INTERVENE denying 26 Motion to Intervene. The Court is in receipt of the motion of Mr. Christenson to intervene in the above-captioned case [ECF No. 26]. The motion is DENIED because Mr. Christenson has not shown that he has any basis, under the Federal Rules of Civil Procedure, to intervene as of right or otherwise. See Fed. R. Civ. P. 24. Moreover, in accordance with Rule 2(B)(i) of the Court's Individual Rules of Practice in Civil Cases, Mr. Christenson may not send any "documents or filings... directly to Chambers" going forward. The Clerk of Court respectfully is requested to terminate docket entry 26. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 4/17/2023) (jca) (Entered: 04/17/2023) |
| 04/17/2023 | 37 | BRIEF *of Former Members of Congress, Prosecutors and Other Interested Parties as Amici Curiae in Support of Plaintiff Alvin L. Bragg, Jr.s Motion for Interim Injunctive Relief.* Document filed by Marc Agnifilo, Donald B. Ayer, Benjamin Brafman, Erwin Chemerinsky, E. Thomas Coleman, Mickey Edwards, Norman L. Eisen, John J. Farmer, Karen Friedman Agnifilo, Stuart Gerson, Renato Mariotti, Michael Miller, Alan Charles Raul, Sarah Saldana, Claudine Schneider, Peter Shane, Christopher Shays, Stanley A. Twardy, Cyrus Vance, Jr, William F. Weld, Shan Wu..(Perry, E. Danya) (Entered: 04/17/2023) |
| 04/17/2023 | 38 | LETTER addressed to Judge Mary Kay Vyskocil from James H. Brady, dated 4/17/23 re: In this Friend of the Court letter, I am providing overwelming evidence for why it must swiftly deny the relief being sought by Manhattan District Attorney Alvin Bragg etc. For all of the above reasons(as indicated), I |

| | | |
|---|---|---|
| | | urge the Court to deny Mr. Bragg's attempts to avoid having Mark Pomerantz and himself being questioned by Congressman Jim Jordan and the House Judiciary Committee. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(sc) (Entered: 04/18/2023) |
| 04/18/2023 | 39 | NOTICE OF APPEARANCE by Jeffrey Adam Udell on behalf of Temidayo Aganga-Williams, Daniel Alonso, Pete Baldwin, Elaine Banar, Paul Bergman, Lee Bergstein, Adam K. Brody, Zachary Carter, Daniel J. Castleman, Derek Cohen, Eric Chaffin, John Curran, Soumya Dayananda, Patricia Gatling, Mitra Hormozi, Dan Horwitz, Ilene Jaroslaw, Christopher Jensen, Doreen Klein, Jane A. Levine, John Libby, John Martin, Michele Mayes, Sharon L. McCarthy, Glen McGorty, Daniel S. Parker, Avni Patel, Deanna Paul, Deirdre Waldron Power, Benjamin Pred, David Shapiro, Roland G. Riopelle, Victor Rocco, Elizabeth Roper, Shira Scheindlin, Larry Silverman, Peter Sobol, Brendan Tracy, Jim Walden, Milton Williams..(Udell, Jeffrey) (Entered: 04/18/2023) |
| 04/18/2023 | 40 | LETTER MOTION to File Amicus Brief addressed to Judge Mary Kay Vyskocil from Jeffrey A. Udell and Alexander Kahn dated April 18, 2023. Document filed by Temidayo Aganga-Williams, Daniel Alonso, Pete Baldwin, Elaine Banar, Paul Bergman, Lee Bergstein, Adam K. Brody, Zachary Carter, Daniel J. Castleman, Eric Chaffin, Derek Cohen, John Curran, Soumya Dayananda, Patricia Gatling, Mitra Hormozi, Dan Horwitz, Ilene Jaroslaw, Christopher Jensen, Doreen Klein, Jane A. Levine, John Libby, John Martin, Michele Mayes, Sharon L. McCarthy, Glen McGorty, Daniel S. Parker, Avni Patel, Deanna Paul, Benjamin Pred, Roland G. Riopelle, Victor Rocco, Elizabeth Roper, Shira Scheindlin, David Shapiro, Larry Silverman, Peter Sobol, Brendan Tracy, Jim Walden, Deirdre Waldron Power, Milton Williams..(Udell, Jeffrey) (Entered: 04/18/2023) |
| 04/18/2023 | 41 | LETTER MOTION for Leave to File Reply and Declaration in Support of the District Attorney's Motion for a Temporary Restraining Order and Preliminary Injunction addressed to Judge Mary Kay Vyskocil from Theodore J. Boutrous, Jr. dated April 18, 2023. Document filed by Alvin L. Bragg, Jr. (Attachments: # 1 Exhibit A - Reply Brief in Support, # 2 Exhibit B - Declaration and Exhibits [Part 1], # 3 Exhibit B - Exhibits [Part 2], # 4 Exhibit B - Exhibits [Part 3], # 5 Exhibit B - Exhibits [Part 4]).(Boutrous, Theodore) (Entered: 04/18/2023) |
| 04/19/2023 | 42 | ORDER GRANTING LEAVE TO FILE AMICUS LETTER granting 40 LETTER MOTION to File Amicus Brief. The request of former state and federal prosecutors to file an "amicus letter" [ECF No. 40] is GRANTED. The Court has read and considered the letter. The Clerk of Court respectfully is requested to terminate docket entry 40. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 4/19/2023) (jca) (Entered: 04/19/2023) |
| 04/19/2023 | 43 | ORDER GRANTING LEAVE TO FILE REPLY BRIEF granting 41 LETTER MOTION for Leave to File Reply and Declaration in Support of the District Attorney's Motion for a Temporary Restraining Order and Preliminary Injunction. Plaintiffs motion for leave to file an eleventh-hour reply brief [ECF No. 41] is GRANTED. The Court has read and considered the reply brief. The Clerk of Court respectfully is requested to terminate docket entry 41. SO |

| | | ORDERED. (Signed by Judge Mary Kay Vyskocil on 4/19/2023) (jca) (Entered: 04/19/2023) |
|---|---|---|
| 04/19/2023 | 44 | OPINION AND ORDER DENYING TEMPORARY RESTRAINING ORDER For the foregoing reasons, the motion for a temporary restraining order enjoining the subpoena to depose Mr. Pomerantz and enjoining Mr. Pomerantz from appearing is DENIED. In our federalist system, elected state and federal actors sometimes engage in political dogfights. Bragg complains of political interference in the local DANY case, but Bragg does not operate outside of the political arena. Bragg is presumptively acting in good faith. That said, he is an elected prosecutor in New York County with constituents, some of whom wish to see Bragg wield the force of law against the former President and a current candidate for the Republican presidential nomination. Jordan, in turn, has initiated a political response to what he and some of his constituents view as a manifest abuse of power and nakedly political prosecution, funded (in part) with federal money, that has the potential to interfere with the exercise of presidential duties and with an upcoming federal election. The Court does not endorse either sides agenda. The sole question before the Court at this time is whether Bragg has a legal basis to quash a congressional subpoena that was issued with a valid legislative purpose. He does not. The parties are encouraged to speak with one another to reach a mutually agreeable compromise regarding how the deposition of Mr. Pomerantz will proceed. This Court will retain jurisdiction over this dispute and any ancillary claims arising out of the inquiry by the Committee relating to the use of federal funds in a manner that may influence the 2024 presidential election. In other words, Bragg may not file successive proceedings under a different index number if and when the Committee in fact issues another subpoena that he finds objectionable or if there are issues with respect to the Pomerantz deposition. The parties are HEREBY ORDERED to file a joint status report within 30 days of the date of this Order. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 4/19/2023) (jca) (Entered: 04/19/2023) |
| 04/19/2023 | 45 | NOTICE OF INTERLOCUTORY APPEAL from 44 Memorandum & Opinion,,,,,,,,,. Document filed by Alvin L. Bragg, Jr. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Dubeck, Leslie) (Entered: 04/19/2023) |
| 04/19/2023 | 46 | LETTER MOTION to Stay re: 44 Memorandum & Opinion,,,,,,,,, / *Plaintiff's Letter Motion for injunction Pending Appeal And Stay of Return Date Pursuant to FRAP 8* addressed to Judge Mary Kay Vyskocil from Theodore J. Boutrous, Jr. dated April 19, 2023. Document filed by Alvin L. Bragg, Jr..(Boutrous, Theodore) (Entered: 04/19/2023) |
| 04/19/2023 | 47 | NOTICE OF INTERLOCUTORY APPEAL from 44 Memorandum & Opinion,,,,,,,,,. Document filed by Mark F. Pomerantz. Filing fee $ 505.00, receipt number ANYSDC-27630079. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Wells, Theodore) (Entered: 04/19/2023) |
| 04/19/2023 | 48 | ORDER denying 46 Letter Motion to Stay For the reasons discussed in the Court's Opinion and Order at ECF No 44, the Court finds Bragg is not likely to succeed on the merits of any appeal, nor will he be irreparably injured absent a |

Case 23-615, Document 1-2, 04/19/2023, 3502172, Page21 of 21

| | | stay. Accordingly, the motion for a stay is DENIED.. (Signed by Judge Mary Kay Vyskocil on 4/19/2023) (rz) (Entered: 04/19/2023) |
|---|---|---|