**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: April 20, 2023<br>Docket #: 23-615cv, 23-616cv<br>Short Title: Bragg v. Jordan | DC Docket #: 23-cv-3032<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Vyskocil |

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion for stay filed in the above-referenced cases has been added to the substantive motions calendar for Tuesday, April 25, 2023.

Inquiries regarding this case may be directed to 212-857-8595.