NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Bragg v. Jordan          _____          Docket No.: 23-615 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sarah Clouse

Firm: Office of General Counsel of the U.S. House of Representatives

Address: 5140 O'Neill House Office Building, Washington, D.C. 20515

Telephone: (202) 225-9700          Fax: (202) 226-1360

E-mail: Sarah.Clouse@mail.house.gov

Appearance for: Jim Jordan (in his official capacity as Chairman of the Committee on the Judiciary) & Committee on the Judiciary of the U.S. House of Representatives
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Matthew Berry, Office of General Counsel of the U.S. House of Representatives )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that: Attorneys in the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571.

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Sarah Clouse

Type or Print Name: Sarah Clouse