# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-615 and 23-616

**Caption [use short title]**

**Motion for:** Leave to File Oversized Brief

**Set forth below precise, complete statement of relief sought:**

Appellees Jim Jordan and the Committee on the Judiciary of the U.S. House of Representatives seek leave to file an oversized brief in response to Appellant's Memorandum of Law In Support of Emergency Application. Appellees request that leave be granted to file a memorandum that does not exceed 10,412 words.

Bragg v. Jordan

**MOVING PARTY:** Jim Jordan & Committee on the Judiciary of the U.S. House of Representatives
**OPPOSING PARTY:** Alvin L. Bragg, Jr.

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Matthew Berry
**OPPOSING ATTORNEY:** Theodore J. Boutrous, Jr.

[name of attorney, with firm, address, phone number and e-mail]

Office of General Counsel, U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

**Court- Judge/ Agency appealed from:** Southern District of New York, the Honorable Mary Kay Vyskocil

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Matthew Berry  **Date:** April 21, 2023  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

ALVIN L. BRAGG JR., in his official capacity as District Attorney for New York County,

        *Plaintiff-Appellant*,

v.

MARK F. POMERANTZ,

        *Defendant-Appellant*,

v.

JIM JORDAN, in his official capacity as the Chairman of the Committee on the Judiciary, and the COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES,

        *Defendants-Appellees*.

No. 23-615
No. 23-616

**MOTION TO FILE AN OVERSIZED MEMORANDUM IN OPPOSITION TO APPELLANT'S MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY APPLICATION FOR AN ADMINISTRATIVE STAY AND STAY OF RETURN DATE PENDING EXPEDITED APPEAL**

Pursuant to Local Rule 27.1(e), Appellees the Honorable Jim Jordan, and the Committee on the Judiciary of the United States House of Representatives, by and through their counsel, respectfully request leave to exceed the word limit for their

Opposition to Appellant's Memorandum. Appellees request that leave be granted to file a memorandum that does not exceed 10,412 words.

Federal Rule of Appellate Procedure 27(d)(2) provides that a motion must not exceed 5,200 words. However, Appellant Alvin Bragg, Jr., filed his Memorandum of Law in Support of Emergency Application for an Administrative Stay and Stay of Return Date Pending Expedited Appeal, certifying that it contained 10,412 words: over double the number of words allowed for motions by the applicable rule.

Accordingly, in order to adequately respond to Appellant's oversized motion of 10,412 words, Appellees submit that additional words are necessary to appropriately address all of the arguments raised by Appellant's overlength Memorandum.

Appellees have worked diligently to stay within the confines of this Court's rules. However, the circumstances of the case, the legal issues involved, and the desire to ensure the Court has full information made it impracticable to comply with otherwise applicable FRAP 27(d)(2). Both Appellants have indicated that they consent to the relief requested.

Respectfully submitted,

*/s/ Matthew Berry*
Matthew Berry
  *General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Matthew.Berry@mail.house.gov

*Counsel for Congressional Defendants-Appellees*

April 21, 2023

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 205 words. This motion also complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it is prepared in a proportionally spaced typeface using 14-point Garamond type.

<i>/s/ Matthew Berry</i><br>
Matthew Berry

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, I caused the foregoing to be filed via the CM/ECF system for the U.S. Court of Appeals for the Second Circuit, which I understand caused a copy to be served on all registered parties.

*/s/ Matthew Berry*
Matthew Berry
