# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand and twenty-three,

_____

Alvin L. Bragg, Jr., in his official capacity as District Attorney for New York County,

    Plaintiff - Appellant,

v.

Mark F. Pomerantz,

    Defendant - Appellant,

v.

Jim Jordan, in his official capacity as Chairman of the committee on the Judiciary, Committee on the Judiciary of the United States House of Representatives,

    Defendants - Appellees.
_____

**ORDER**
Docket Nos. 23-615 (L), 23-616 (Con.)

    Appellees move for leave to file an oversized opposition to Appellants' motion for stay pending appeal.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court