# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of April, two thousand twenty-three.

Before:  José A. Cabranes,
  Joseph F. Bianco,
  Sarah A. L. Merriam,
   *Circuit Judges*,

_____

Alvin L. Bragg, Jr., in his official capacity as District Attorney for New York County,

  Plaintiff - Appellant,

v.

Mark F. Pomerantz,

  Defendant - Appellant,

v.

Jim Jordan, in his official capacity as Chairman of the committee on the Judiciary, Committee on the Judiciary of the United States House of Representatives,

  Defendants - Appellees.

_____

**ORDER**

Docket Nos. 23-615(L), 23-616(Con)

The parties jointly move to dismiss the above-captioned appeals with prejudice, with each party bearing its own fees and costs.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeals are dismissed with prejudice.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

